448

**Jeffrey M. CASSUTO, Plaintiff–Appellant,**

v.

**David T. SHULICK, Defendant–Appellee.**

**No. 07–2988–cv.**

United States Court of Appeals,
Second Circuit.

March 5, 2009.

Albert Khafif, Friedman Khafif & Sanchez, LLP, Brooklyn, N.Y., for Plaintiff–Appellant.

John H. Somoza, Melito & Adolfsen, PC, New York, N.Y., for Defendant–Appellee.

PRESENT: Hon. JON O. NEWMAN, Hon. GUIDO CALABRESI and Hon. ROBERT D. SACK, Circuit Judges.

### SUMMARY ORDER

Jeffrey M. Cassuto appeals from a June 18, 2007, 2007 WL 1705669, order of United States District Court for the Southern District of New York (Scheindlin, *J.* ), dismissing Cassuto's claims against David T. Shulick on the grounds that the e-mail Cassuto alleged to be libelous was entitled to absolute privilege as a covered statement made in the course of judicial proceedings.

For substantially the reasons stated by the District Court, we agree that the e-mail was privileged. We have considered all of Cassuto's arguments and find them to be without merit. Accordingly, we AFFIRM the judgment below.